IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY, A NORTH
DAKOTA CORPORATION d/b/a
GOOD SAMARITAN SOCIETY-
FOUR COURNERS VILLAGE,

    Plaintiff,

vs.                                                        Civ. No. 17-1090 KG/JHR

DORA L. KING, as Personal
Representative of the Wrongful
Death Estate of Earnest Wayne Payne,
Deceased,

    Defendant.

## ORDER FOR JOINT STATUS REPORT

This matter comes before the Court *sua sponte*. On April 15, 2021, the parties jointly informed the Court that the case was scheduled for a five-day arbitration with Arbitrator Don Bruckner, to begin on August 2, 2021. (Doc. 27). Within seven (7) days from the date of entry of this Order, the parties shall submit a Joint Status Report to inform the Court whether the arbitration has been completed, and if not, the reasons why not and the parties' plan to move the case forward. If arbitration has been completed and the parties await receipt of an arbitration decision, the parties shall so state. Furthermore, if the parties await receipt of an arbitration decision, the parties shall submit a Joint Status Report every ninety (90) days, beginning, December 15, 2021, until the arbitration decision is received.

    IT IS SO ORDERED.

                                                          UNITED STATES DISTRICT JUDGE