IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY, A NORTH
DAKOTA CORPORATION d/b/a
GOOD SAMARITAN SOCIETY-
FOUR CORNERS VILLAGE,

      Plaintiff,

v.                                                                          Civ. No. 17-1090 KG/JHR

DORA L. KING, as Personal
Representative of the Wrongful
Death Estate of Earnest Wayne Payne,
Deceased,

      Defendant.

ORDER TO SHOW CAUSE

On September 8, 2021, the Court entered an Order for Joint Status Report directing the parties to provide a status report by September 15, 2021, and every ninety (90) days thereafter, beginning December 15, 2021, until the arbitration decision is received.  (Doc. 28).  The parties filed a Joint Status Report, as ordered, on September 15, 2021.  (Doc. 29).  In that Joint Status Report, the parties informed the Court that arbitration had been reset to February 7, 2022.  *Id.*

The parties have now failed to file two Joint Status Reports, that is, the reports due on or about December 15, 2021, and March 15, 2022.  Furthermore, the arbitration should now be completed.

The parties are hereby ordered to, no later than 12:00pm (noon) on Monday, April 4, 2022: 1) submit a Joint Status Report informing the Court whether the arbitration has been completed, and if not, the reasons why not and the parties' plan to move the case forward; and 2)

show cause, in writing, why they should not be sanctioned for violating the Court's September 8, 2021 Order and failing to submit status reports.

    IT IS SO ORDERED.

                                                    UNITED STATES DISTRICT JUDGE