IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY, A NORTH
DAKOTA CORPORATION d/b/a
GOOD SAMARITAN SOCIETY-
FOUR CORNERS VILLAGE,

     Plaintiff,

v.                                                  Civ. No. 17-1090 KG/JHR

DORA L. KING, as Personal
Representative of the Wrongful
Death Estate of Earnest Wayne Payne,
Deceased,

     Defendant.

ORDER QUASHING ORDER TO SHOW CAUSE

The Court issued an Order to Show Cause on March 30, 2022.  (Doc. 30).  The parties submitted their joint response on March 31, 2022, explaining that the case had settled and while they contacted the arbitrator, they inadvertently failed to alert the Court.  (Doc. 31).  The Court accepts this explanation and hereby quashes the Order to Show Cause.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE